<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

**No. 03-6498**

_____

UNITED STATES OF AMERICA,

                                 Plaintiff - Appellee,

       versus

MICHAEL FREDRICK WALKER,

                                 Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Joseph F. Anderson, Jr., Chief District Judge.  (CR-97-443)

_____

Submitted:  July 24, 2003            Decided:  July 30, 2003

_____

Before MICHAEL and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael Fredrick Walker, Appellant Pro Se.  Marshall Prince, OFFICE OF THE UNITED STATES ATTORNEY, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Michael Fredrick Walker appeals the district court's order denying his motion seeking to compel the government to file a motion to reduce his sentence under Rule 35(b) of the Federal Rules of Criminal Procedure. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Walker, No. CR-97-443 (D.S.C. Mar. 11, 2003). Walker's motion to remand is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2